NATHAN FAROVITCH, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY OF NEWARK, NEW JERSEY, Appellant.— Order affirmed, with ten dollars costs and disbursements.　No opinion.　Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents.

AUGUSTA RUKEYSER, Respondent, v. ALABAMA HOLDING CORPORATION, Appellant.— Judgment affirmed, with costs.　No opinion.　Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., and Proskauer, J., dissent and vote for reversal and dismissal of the complaint, on the ground that there was no proof of any negligence on the part of the defendant.

MAX M. GUTTMAN, Appellant, v. JOSEPH J. HARRIS and Another, Respondents.— Judgment affirmed, with costs.　No opinion.　Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

ELLEN KIRWAN, Respondent, v. FERGUSON W. FOOS, Appellant.— Judgment and order affirmed, with costs.　No opinion.　Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents.

SAMUEL HORWITZ, Respondent, v. TAWAS CO., INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs.　No opinion.　Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM P. RILEY, Appellant, v. PIERCE OIL CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements.　No opinion.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ARNOLD ROTHSTEIN, Respondent, v. THE BRUNSWICK-BALKE-COLLENDER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.　No opinion.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

GOTHIC WATCH CO., INC., Respondent, v. BERNARD FELDMAN, Appellant.— Orders affirmed, with ten dollars costs and disbursements.　The date for the examination to proceed to be fixed in the order.　No opinion.　Settle order on notice.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

HAMILTON-ISELIN & CO., INC., Appellant, v. TILLIE S. JARETZKI, Defendant, and PAUL BLOCK, Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the ground that notice was not given to defendant Jaretzki as required by section 290 of the Civil Practice Act.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MORRIS I. RESNICK, Appellant, v. MAX STERNMARDER and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements.　No opinion.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

HENRY B. CLOSSON and Another, as Executors, etc., of CORNELIUETT SMITH, Deceased, Respondents, v. SUSAN D. GRIFFITH and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements.　No opinion.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

WELLING & KOELBLE, INC., Respondent, v. SURREY INVESTORS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements.　No opinion.　Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.